# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

JUAN MARGARIT SOSA

*Plaintiff(s)*

v.

EDDIE ANDERSON; RUTHIE CARSON; D. HERN; ANDREA SMITH-POSEY; JOHANN LEHMANN; and T. SAVIDGE

*Defendant(s)*

Civil Action No. 5:17-CV-31

**FILED JUL 26 2018 U.S. DISTRICT COURT-WVND WHEELING, WV 26003**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☒ Other

other: IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted in its entirety; Defendants' motion to Dismiss or, in the alternative, for Summary Judgment is GRANTED; the Plaintiff's Complaint is DISMISSED WITH PREJUDICE; and this civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: July 26, 2018

*CLERK OF COURT*
Cheryl Dean Riley

By: /s/ A. O. Abraham

*Signature of Clerk or Deputy Clerk*